

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MEMPHIS, TN | PITTSBURGH, PA | STAMFORD, CT |
| DAYTON, OH | MIAMI, FL | PORTLAND, OR | TAMPA, FL |
| DENVER, CO | MILWAUKEE, WI | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| DETROIT, MI | MINNEAPOLIS, MN | PROVIDENCE, RI | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 212-545-4043
MY EMAIL ADDRESS IS: ORLA.MCCABE@JACKSONLEWIS.COM

October 21, 2015

**VIA ECF AND EMAIL**

Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    <u>Tobias v. Notations, Inc.</u>
                <u>Civil Action No. 14-cv-08494 (AT)(GWG)</u>

Dear Judge Torres:

      We represent Defendant Notations, Inc. in connection with the above-referenced case. We write jointly with counsel for Plaintiff to advise the court that a settlement has been reached in this matter. We expect to file the Stipulation and Final Order of Dismissal in this matter on or before November 25, 2015.

      Thank you for your consideration in this regard.

                            Respectfully submitted,

                            JACKSON LEWIS P.C.

                            Orla J. McCabe

cc:    Bruce Atkins, Esq. (via ECF and email)
       John A. Snyder, Esq. (via ECF and email)