UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA ROBERTSON TOBIAS,

                Plaintiff,

-against-                14 CV 8494 (AT)(GWG)

NOTATIONS, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/15

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the duly authorized attorneys of record for Plaintiff Laura Robertson Tobias ("Plaintiff") and Notations, Inc. ("Defendant") that the above-entitled action shall be dismissed with prejudice and without costs or attorneys' fees to any party as against the other.

DEUTSCH ATKINS P.C.
   25 Main Street, Court Plaza North
   Hackensack, NJ 07601
   (201) 498-0900

By: _____
    Bruce Atkins

ATTORNEYS FOR PLAINTIFF

Dated: October 19, 2015

JACKSON LEWIS P.C.
   666 Third Avenue
   30th Floor
   New York, New York 10017
   (212) 545-4000

By: _____
    John A. Snyder
    Orla J. McCabe

ATTORNEYS FOR DEFENDANT

Dated: October 22, 2015

SO ORDERED.

Dated: December 4, 2015
       New York, New York

_____
ANALISA TORRES
United States District Judge